RECEIVED
IN LAKE CHARLES, LA.

MAY 3 1 2012

TONY R. MOORE, CLERK
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

CARROLL T. BAILEY, ET AL.           :        DOCKET NO. 2:10 CV 1387

VS.                                 :        JUDGE MINALDI

CITGO PETROLEUM CORP., ET AL.   :        MAGISTRATE JUDGE KAY

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the claims by Christina Fuselier and Vo An Hoang against Citgo Petroleum Corporation, Inc. and its subsidiaries are hereby DISMISSED WITHOUT PREJUDICE.

Lake Charles, Louisiana, this ____ day of _____ 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE