RECEIVED
IN LAKE CHARLES, LA.

MAY 31 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CARROLL T. BAILEY, ET AL. | : | DOCKET NO. 2:10 CV 1387 |
| VS. | : | JUDGE MINALDI |
| CITGO PETROLEUM CORP., ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the claims by Christina Fuselier and Vo An Hoang against Citgo Petroleum Corporation, Inc. and its subsidiaries are hereby DISMISSED WITHOUT PREJUDICE.

Lake Charles, Louisiana, this 31 day of May, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE